UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                     **CASE NO. 4:10cr00184 BSM**

**REGULO ARRIAGA NIETO**                                        **DEFENDANT**

**ORDER**

The United States moves to dismiss without prejudice the case against defendant Regulo Arriaga Nieto ("Nieto"). [Doc. No. 12]. This dismissal is made in favor of an indictment against Nieto in Case No. 4:10cr00188 SWW. For good cause shown, the motion is granted and the case against Nieto is dismissed without prejudice. At this time, however, Nieto should not be released from United States Marshals' custody. There is an immigration detainer on Nieto, and he has been detained in Case No. 4:10cr00188 SWW.

IT IS SO ORDERED this 20th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE